HALSEY BUILDING AND SUPPLY CO., INC., and Others, Respondents, v. AL SCHWARTZ, Appellant, and ISIDORE EDELSTEIN and Others, Defendants.— Order directing appellant's examination before trial and for discovery and inspection affirmed, with twenty-five dollars costs and disbursements; the examination and

discovery and inspection to proceed on five days' notice. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.